199 So. 904

**Johnnie PIERCE v. Crystal PIERCE et al.**

**I Div. 103.**

Supreme Court of Alabama.

Nov. 12, 1940.

PER CURIAM.

Appeal dismissed for want of prosecution.

199 So. 904

**Ex parte Gertha Lee PRESTON.**

**6 Div. 713.**

Supreme Court of Alabama.

Nov. 28, 1940.

Lloyd L. Duggar, of Birmingham, for petitioner.

PER CURIAM.

Dismissed, want of prosecution.

196 So. 898

**SLOSS–SHEFFIELD STEEL & IRON CO. v. O. L. RAWLINS.**

**6 Div. 665.**

Supreme Court of Alabama.

May 23, 1940.

Bradley, Baldwin, All & White, of Birmingham, for appellant.

D. H. Markstein, Jr., of Birmingham, for appellee.

PER CURIAM.

Cause remanded by agreement of parties.

198 So. 871

**SPEARMAN BREWING CO. and Graham Fountain v. Frank LOCKHART.**

**3 Div. 326.**

Supreme Court of Alabama.

Oct. 22, 1940.

H. H. Grooms and Coleman, Spain, Stewart & Davies, all of Birmingham, and Silas D. Cater, of Montgomery, for appellants.

Clifford Emond and Smith, Windham, Jackson & Rives, all of Birmingham, and Hill, Hill, Whiting & Rives, of Montgomery, for appellee.

PER CURIAM.

Judgment corrected, reduced and affirmed per stipulation of parties on file.

198 So. 872

**STATE v. J. M. EDWARDS.**

**6 Div. 777.**

Supreme Court of Alabama.

Nov. 22, 1940.

R. G. Redden, of Vernon, for petitioner.

Thos. S. Lawson, Atty. Gen., and J. Edw. Thornton, Asst. Atty. Gen., for the State.

PER CURIAM.

Petition of J. M. Edwards for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in the case of State v. Edwards, 29 Ala.App. 683, 198 So. 879.

The writ of certiorari in this case is hereby denied on the authority of State v. V. C. May, ante, p. 235, 198 So. 624.

All the Justices concur.